UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE TAYLOR, III,

    Plaintiff,

v.

KELLIE HUGHES MCCOWAN,

    Defendant.

_____/

Case No. 1:25-cv-1231

HON. JANE M. BECKERING

**ORDER**

Pending before the Court is a Report and Recommendation from the Magistrate Judge (ECF No. 7) recommending dismissal of Plaintiff's Complaint (ECF No. 1). Plaintiff has since filed an Amended Complaint (ECF No. 9). Federal Rule of Civil Procedure 72(b) states that "in reviewing a magistrate judge's recommendation, the district judge may . . . receive further evidence, or return the matter to the magistrate judge with instructions." *See Moore v. United States Dep't of Agric.*, No. 17-5363, 2018 WL 1612299, at *2 (6th Cir. Jan. 31, 2018). Accordingly:

**IT IS HEREBY ORDERED** that this matter is remanded to the Magistrate Judge to consider whether Plaintiff's Amended Complaint affects the Magistrate Judge's prior recommendation.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 7) is DISMISSED as moot.

Dated:  December 1, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge